PROB 12C
(6/16)

Report Date: May 24, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Ray Duxbury        Case Number: 0980 2:15CR00121-WFN-1

Address of Offender:                             Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 8, 2016

Original Offense:    2 Cts. Felon in Possession of a Firearm , 21 U.S.C. §§ 922(g)(1), 924(a)(2)
                     1 Ct.  Distribution of Oxycodone, 21 U.S.C. § 841(a)(1), (b)(1)( c )

Original Sentence:   Prison - 25 months              Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Caitlin A. Baunsgard           Date Supervision Commenced: January 17, 2018

Defense Attorney:     Federal Defender's Office      Date Supervision Expires: January 16, 2021

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   **Special Condition # 21:** The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

                    **Supporting Evidence**: Mr. Duxbury is alleged to have used morphine on or about May 14, 2019.

                    On May 14, 2019, Mr. Duxbury provided a random urinalysis test at Pioneer Human Services.  The urine sample tested presumptive positive for morphine, and it was confirmed positive from Alere Toxicology for morphine.  Mr. Duxbury explained he took a pill that was offered to him from a friend.  He admitted he did not know the contents of the pill at that time, nor does he have a valid prescription for morphine.

                    On January 18, 2018, Mr. Duxbury signed his judgment for case number 2:15CR00121-WFN-1, indicating he understood all conditions ordered by the Court, including special condition number 21, prohibiting him from using controlled substances.

Prob12C
**Re: Duxbury, Christopher Ray**
May 24, 2019
Page 2

| | |
|---|---|
| 2 | **Special Condition # 21:** The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Duxbury is alleged to have used heroin on May 17, 2019.

On May 21, 2019, the undersigned officer contacted Mr. Duxbury by phone and requested that he report to the probation office to submit to a random urinalysis test. He admitted to heroin use on May 17, 2019. On May 22, 2019, he reported to the probation office and signed a drug use admission form.

On January 18, 2018, Mr. Duxbury signed his judgment for case number 2:15CR00121-WFN-1, indicating he understood all conditions ordered by the Court, including special condition number 21, prohibiting him from using controlled substances.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/24/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

5/28/2019
Date